**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLORIA JEAN BEAL MERCHANT, | Case No. 1:25-cv-00372 KES SKO |
| Plaintiff, | ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security[1], | |
| Defendant. | ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| | Docs. 11, 13, 15 |

Gloria Jean Beal Merchant seeks judicial review of an administrative decision denying her application for disability insurance benefits under Title II of the Social Security Act. Doc. 1; Doc. 11. The magistrate judge found the administrative law judge ("ALJ") "erred in discounting Plaintiff's subjective complaints" because "the ALJ did not specifically identify which portions of Plaintiff's testimony conflicted with which parts of the record … and the nature of the conflict." Doc. 15 at 7, 9 (emphasis omitted). The magistrate judge found this error was not harmless and found remand was appropriate for an ALJ to make additional findings related to

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this suit.

1

Plaintiff's subjective complaints. *Id.* at 9–11. The magistrate judge recommended that the Court grant Plaintiff's motion for summary judgment, remand for further proceedings, and enter judgment in favor of Plaintiff. *Id.* at 12.

On June 8, 2026, the Court served the findings and recommendations on the parties and informed them that any objections were due within 14 days. Doc. 15 at 12. The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal." *Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Neither party filed objections, and the time to do so has passed.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court ORDERS:

1. The findings and recommendations dated June 8, 2026 (Doc. 15) are ADOPTED.

2. Plaintiff's motion for summary judgment (Doc. 11) is GRANTED.

3. Defendant's cross-motion to affirm the administrative decision (Doc. 13) is DENIED.

4. The final decision of the Commissioner of Social Security is REVERSED.

5. The matter is REMANDED for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Court's findings.

6. The Clerk of Court is directed to terminate pending motions; enter judgment in favor of plaintiff Gloria Jean Beal Merchant and against defendant Frank Bisignano, Commissioner of Social Security; and close this case.

IT IS SO ORDERED.

Dated:   June 25, 2026   

_____
UNITED STATES DISTRICT JUDGE

2